IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
|                                                               ) | |
|           Plaintiff,                              ) | CR. No.  01-20239-D |
|                                                               ) | |
| vs.                                                       ) | |
|                                                               ) | |
| CLAYTON LEE WAAGNER,            ) | |
|                                                               ) | |
|           Defendant.                           ) | |

**ORDER TRANSFERRING CASE TO MIDDLE DISTRICT OF PENNSYLVANIA**

This matter came on to be heard on motion of the United States to transfer the above referenced case to the Middle District of Pennsylvania for a change of plea. After fully considering this matter and for good cause shown:

**IT IS ORDERED** that the case on Clayton Lee Waagner, Cr. No. 01-20239-D be transferred to the Middle District of Pennsylvania for a change of plea.

**ORDERED** this **12th**  day of June, 2006.

                                                                s/Bernice B. Donald
                                                                BERNICE B. DONALD
                                                                UNITED STATES DISTRICT COURT JUDGE


APPROVED:      s/ Lawrence J. Laurenzi
                            Assistant United States Attorney